```
          ____ FILED              ____ RECEIVED
          ____ ENTERED            ____ SERVED ON
                         COUNSEL/PARTIES OF RECORD

                    DEC - 8 2010

                CLERK US DISTRICT COURT
                  DISTRICT OF NEVADA
          BY: _____ DEPUTY
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | 2:10-CR-262-ECR (RJJ) |
| KHALID ALI, | ) | |
| Defendant. | ) | |

## ORDER OF FORFEITURE

On December 8, 2010, defendant KHALID ALI pled guilty to Count One of a Three-Count Criminal Indictment charging him in Count One with Conspiracy to Commit Wire and Bank Fraud in violation of Title 18, United States Code, Sections 1343, 1344, and 1349 and agreed to the forfeiture of property set forth in the Forfeiture Allegations in the Criminal Indictment.

This Court finds that KHALID ALI shall pay a criminal forfeiture money judgment of $296,000.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 982(a)(2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

. . .

. . .

. . .

. . .

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from KHALID ALI a criminal forfeiture money judgment in the amount of $296,000.00 in United States Currency.

DATED this ___8___ day of ___December___, 2010.

_Edward C. Reed_
UNITED STATES DISTRICT JUDGE