UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:10-cr-00262-ECR-RJJ |
| Plaintiff, | |
| vs. | |
| KHALID ALI, | |
| Defendant. | |

The Government's Response to Emergency Request to Extend Surrender Date (#56) on July 15, 2011 raises important issues. Defense counsel shall forthwith file and serve verification from Defendant's doctor of the nature of Defendant's medical condition, dates of tests, possible treatments, and anticipated recovery period. The doctor's verification should be in the form of a declaration or affidavit responding to these issues.

The Court will not rule on Defendant's emergency request until it has had an opportunity to examine such verification.

Dated this 21st day of July 2011.

_____
EDWARD C. REED, JR.
United States District Judge