UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:10-cr-00262-ECR-RJJ |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| KHALID ALI, ) | |
| ) | |
| Defendant. ) | |

Defendant's Supplement to Emergency Request to Extend Surrender Date (#58) filed on July 21, 2011, does not appear to meet the requirements of this Court's order (#57).

Defendant was previously (#57) ordered to file and serve verification of Defendant's medication condition, tests, treatments and anticipated recovery period in the form of a declaration or affidavit from Defendant's doctor.

Dated this 22nd day of July 2011.

_____
EDWARD C. REED, JR.
United States District Judge