1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA, ) Case No. 2:10-cr-00262-ECR-RJJ
)
)
) ORDER
Plaintiff, )
)
vs. )
)
)
KHALID ALI, )
)
Defendant. )
)

17   On July 13, 2011, Defendant filed an Emergency Request to Extend
18 Surrender Date (#54).  Defendant filed a supplement thereto (#58) on July 21,
19 2011, and a second supplement (#61) on July 27, 2011.
20   The second supplement is not in the form directed by the Court in its Order
21 (# 59) filed July 22, 2011.  A declaration is required to conform to the
22 requirements of 28 U.S.C. 1746.  However, the verification by Dr. Finkelstein
23 submitted by Defendant's counsel appears to be authentic and it confirms
24 Defendant's medical condition.
25   Therefore, IT IS HEREBY ORDERED that the date and time for
26 Defendant Khalid Ali's surrender is continued to **Tuesday, November 1, 2011**,
27 at 10:00 a.m., at which time Defendant shall self surrender to the institution
28 designated for his incarceration by the U.S. Department of Prisons.

1 | A copy of this Order shall be provided by the Clerk of the Court to the
2 | United States Marshal and the U.S. Bureau of Prisons.
3 |
4 | Dated this 29st day of July 2011.

*Edward C. Reed.*
EDWARD C. REED, JR.
United States District Judge