**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
**PRETRIAL SERVICES OFFICE**

SHIELA ADKINS
CHIEF PRETRIAL SERVICES OFFICER
LLOYD D. GEORGE U.S. COURTHOUSE
333 LAS VEGAS BLVD. SO., RM. 1112
LAS VEGAS, NEVADA  89101



PHONE:  (702) 464-5630
FAX:  (702) 464-5631

February 2, 2012

Honorable Edward C. Reed, Jr.
U.S. District Judge
District of Nevada
Bruce R. Thompson U.S. Courthouse
400 South Virginia
Reno, NV 89501

> Re:    Khalid ALI
> Case Number:  2:10-cr-00262-ECR-RJJ
> **REQUEST TO MODIFY THE CONDITIONS OF**
> **PRETRIAL RELEASE**

Dear Judge Reed:

The following information is respectfully provided concerning the conduct of the above-named defendant while on pretrial release.

On July 6, 2010, Mr. Ali made his initial appearance before U.S. Magistrate Judge, Lawrence R. Leavitt, and at a detention hearing held on July 12, 2010, he was ordered released on a $150,000 bond, secured by cash or property.   A motion hearing was held on July 22, 2010, at which time the bond was reduced to $10,000, secured by cash, property, or bail bond. The following conditions of release were also ordered:

1.  Pretrial Services supervision.
2. Maintain/seek employment.
3. Travel is restricted to Clark County, Nevada.
4. Avoid all contact with any victim or potential witness.
5. Undergo a mental health assessment and treatment as directed by Pretrial Services and pay all or part of the associated costs based upon ability to pay.
6. Do not use or possess any illegal drugs.

Honorable Edward C. Reed, Jr.
U.S. District Judge
Re: Khalid ALI
February 2, 2012
Page 2

7. Do not associate with anyone using or possessing illegal drugs.
8. Submit an initial urinalysis. If positive, the defendant is subject to drug testing.
9. Use true name only.
10. Do not use any identifiers, access devices, or accounts unless under your true name (Khalid Ali). Use true social security number and actual date of birth.
11. Maintain current residence and notify Pretrial Services prior to any change.
12. Surrender California identification/driver's license to Pretrial Services.
13. No employment in the mortgage industry.

On April 19, 2011, a bond hearing was held, at which time the secured bond was replaced with a personal recognizance bond.

Mr. Ali is scheduled to surrender to the Bureau of Prisons for execution of sentence on February 27, 2012.

The defendant has a pending court matter in the Superior Court of California - Kern County. According to automated court records, a hearing has been set for February 10, 2012, though Mr. Ali noted that the Court granted him permission to appear early, on February 6, 2012 due to his approaching surrender date on the federal case. Pretrial Services has attempted to speak with his public defender in the California case, however, a response has not yet been received. Pretrial Services has spoken with defense counsel in the federal matter, Saraliene Durrett, and she verified that she was aware of the California matter and further noted that Mr. Ali's presence may be required at additional hearings until the case is resolved. Accordingly, Pretrial Services requests the defendant's travel restriction be modified to permit him to travel to California for court purposes.

Pretrial Services contacted Assistant U.S. Attorney, Daniel Scheiss, as well as defense counsel, Saraliene Durrett, and neither opposes the proposed modification.

Additionally, a record check conducted on January 31, 2012 revealed that a misdemeanor warrant was issued on January 27, 2012 for Speeding by the Las Vegas Municipal Court. Bail is set at $290.

Honorable Edward C. Reed, Jr.
U.S. District Judge
Re: Khalid ALI
February 2, 2012
Page 3


Therefore, Pretrial Services also recommends that the defendant's bond be modified to include a condition that he resolve the active warrant within 30 days and provide proof of such to Pretrial Services.


Respectfully Submitted,

*Erin Oliver*

Erin Oliver
Supervising U.S. Pretrial Services Officer


### COURT ACTION


_X_ AGREE:          The conditions of release are modified to allow Mr. Ali to travel to California for court purposes and to add a condition that he resolve the active warrant within 30 days and provide proof of such to Pretrial Services.


_____ DISAGREE:    The conditions of release are not modified at this time.


_____ OTHER:       _____

                    _____

                    _____


IT IS SO ORDERED

*Edward C. Reed.*                          February 3, 2012
_____          _____
Honorable Edward C. Reed                  Date
U.S. District Judge

PS 8
(8/88)

# UNITED STATES DISTRICT COURT
## for the
# DISTRICT OF NEVADA

U.S.A. vs. Khalid ALI                                Docket No. 2:10-cr-00262-ECR-RJJ

### Petition for Action on Conditions of Pretrial Release

COMES NOW ERIN OLIVER, U.S. PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Khalid Ali, who was placed under pretrial release supervision by Honorable Lawrence R. Leavitt, sitting in the Court at Las Vegas, Nevada, on July 22, 2010, on a $10,000 bond secured by cash, property, or bail bond with the following conditions:

1. Pretrial Services supervision.
2. Maintain/seek employment.
3. Travel is restricted to Clark County, Nevada.
4. Avoid all contact with any victim or potential witness.
5. Undergo a mental health assessment and treatment as directed by Pretrial Services and pay all or part of the associated costs based upon ability to pay.
6. Do not use or possess any illegal drugs.
7. Do not associate with anyone using or possessing illegal drugs.
8. Submit an initial urinalysis.  If positive, the defendant is subject to drug testing.
9. Use true name only.
10. Do not use any identifiers, access devices, or accounts unless under your true name (Khalid Ali).  Use true social security number and actual date of birth.
11. Maintain current residence and notify Pretrial Services prior to any change.
12. Surrender California identification/driver's license to Pretrial Services.
13. No employment in the mortgage industry.

Respectfully presenting petition for action of Court and for cause as follows:

1. The defendant has a pending court matter in Kern County, California, and is required to attend related hearings in California.

2. The defendant has an active warrant for Speeding, issued on January 27, 2012 by the Las Vegas Municipal Court.

PRAYING THAT THE COURT WILL ORDER THAT:  The defendant's conditions of release are modified to permit him to travel to California for court purposes and to add a condition that he resolve the active warrant within 30 days and provide proof of such to Pretrial Services.

ORDER OF COURT

Considered and ordered this _3rd__ day of
FEBRUARY 2012 and ordered filed and made a
part of the records in the above case.

_Edward C. Reed._

Honorable Edward C. Reed, Jr.
United States District Judge

I declare under penalty of perjury that the
information herein is true and correct. Executed
on this 2nd day of FEBRUARY , 2012.

Respectfully Submitted,

_Erin Oliver_

Erin Oliver
Supervising U.S. Pretrial Services Officer

Place: Las Vegas, Nevada