**United States District Court
for
the District of Nevada**

**REPORT ON OFFENDER
UNDER SUPERVISION
June 14, 2019**

Name of Offender: **Khalid Ali**

Case Number:  **2:10CR00262**

Name of Sentencing Judicial Officer: **Honorable Edward C. Reed**

Date of Original Sentence: **May 18, 2011**

Original Offense: **Conspiracy to Commit Wire Fraud and Bank Fraud**

Original Sentence: **41 Months prison, followed by 60 Months TSR.**

Date Supervision Commenced: **June 24, 2014**

Name of Assigned Judicial Officer: **Honorable Edward C. Reed**

**NONCOMPLIANCE SUMMARY**

The offender has not complied with the following condition(s) of supervision:

> **Pay Fine and or Restitution** - If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

**U. S. PROBATION OFFICER ACTION SUMMARY**

On April 20, 2012, Mr. Ali was convicted of Conspiracy to Commit Wire Fraud and Bank Fraud. He was sentenced to 33 months imprisonment followed by five years of supervised release. As a condition of supervision, he was ordered to pay a special assessment of $100.00 and restitution in the amount of $3,368,000.00. To date, Mr. Ali has paid his special assessment in full.

Additionally, Mr. Ali has paid $5,194.68 toward his restitution. Mr. Ali's social security is garnished to ensure monthly payments of $226.43 monthly.

Due to the large restitution amount and limited monthly payment, Mr. Ali will be unable to meet his financial obligation prior to the expiration of supervision scheduled for August 23, 2019. A financial investigation was completed and it was determined that Mr. Ali has no additional assets. Since Mr. Ali's social security is garnished, guaranteeing a monthly payment toward his financial obligations, it is respectfully requested that Ali expire his supervision as scheduled and the remaining restitution balance can be collected civilly.

Respectfully submitted,

Amberleigh K. Barajas
2019.06.14 10:43:01 -07'00'

Amberleigh K. Barajas
Senior US Probation Officer

Approved:

Brian Blevins
2019.06.14 10:26:07 -07'00'

Brian Blevins
Supervisory United States Probation Officer

---

Please indicate your response below and return to the Probation Office:

[X]  Concur with the proposed course of action.

[ ]  Other (please include Judicial Officer instructions below):

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

Signature of Judicial Officer

June 15, 2019
Date